THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: G. Michael Halfenger
    United States Bankruptcy Judge

DATED:   March 1, 2016



G. Michael Halfenger
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Tiffiny Nicole Adaway,<br>                Debtor. | Chapter 7<br>Case No. 16−21708−gmh |

### ORDER: POSSIBLE FUTURE DISMISSAL OF CASE

    Bankruptcy Code § 521(a) requires debtors to file certain information. Bankruptcy Rule 1007 sets a time limit for these documents of 14 days from the filing of the petition. If the debtor does not file completed documents within 14 days, and does not file a written request to extend this deadline, the U.S. Trustee may ask the Court to dismiss the case. The 14−day deadline in this case is March 15, 2016.

    The Clerk has determined that the debtor in this case has failed to file or failed to complete the following required documents:

- **Schedules (A/B−J and Declaration)**
- **Summary of Assets and Liabilities**
- **Statement of Financial Affairs**
- **Form 122A−1 Current Monthly Income**
- **Form 122A−2 Means Test Calculation (if applicable)**

    **Additional deadlines apply and may result in "automatic dismissal" of this case.** You should discuss this Order with your bankruptcy attorney. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information about the Bankruptcy Help Desk for those who do not have an attorney.

####